# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Kevin L. Jones                                  Docket No. 5:13-MJ-1682-1WW

**Petition for Action on Probation**

      COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin L. Jones, who, upon an earlier plea of guilty to Level 5 DWI, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on November 5, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education Program directed by the U.S. Probation Office.

4. The defendant shall surrender North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      Mr. Jones completed his 24 hours of community service, substance abuse assessment, and paid his fines and special assessment as ordered. Furthermore, he does not appear to be in need of additional supervision. As a result, the probation office is recommending that his term of probation be terminated.

      **PRAYING THAT THE COURT WILL ORDER THE FOLLOWING:**

That the term of probation be terminated.

Kevin L. Jones
Docket No. 5:13-MJ-1682-1WW
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller | /s/Maurice J. Foy |
| Jeffrey L. Keller | Maurice J. Foy |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: April 24, 2014 |

## ORDER OF COURT

Considered and ordered this __24th__ day of __April__, 2014, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge